**Order entered  November 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00595-CR

### TADARROWL DERONE CARSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F13-57494-Y

## ORDER

The Court **REINSTATES** the appeal.

On October 27, 2014, we ordered the trial court to make findings regarding why the reporter's record has not been filed.  We **ADOPT** the findings that:  (1) appellant desires to pursue the appeal; (2) appellant is indigent and entitled to proceed without payment of costs for the record; (3) appellant's court-appointed counsel timely requested preparation of the record; and (4) court reporter Sharon Hazlewood's explanation for the delay in filing the record is her workload.  Because the record is already more than two months overdue, we **DO NOT ADOPT** the finding that Ms. Hazlewood should be given an additional sixty days to file the reporter's record.

We **ORDER** Sharon Hazlewood, official court reporter of the complete reporter's record, including exhibits, by **DECEMBER 23, 2014**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Sharon Hazlewood, official court reporter, Criminal District Court No. 7, and to counsel for all parties.

/s/     LANA MYERS
JUSTICE